# United States Bankruptcy Court
### Eastern District of Michigan-Southern Division-Flint

In re **Farmhouse Family Eatery, Inc.**     Case No.
Debtor(s)     Chapter **11**

## STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP

■ **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name: **Shelley Amato**
Address: **3640 Winding Pine Dr.**
**Metamora, MI 48455**

**(For additional names, attach an addendum to this form)**

☐ **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **August 19, 2011**     **/s/ Shelley Amato**
Signature of Authorized Individual
For Corporation Debtor

**Shelley Amato**
Print Name

**President**
Title