**UNITED STATES BANKRUPTCY COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION - FLINT**

IN RE:
FARMHOUSE FAMILY EATERY, INC.,           Case No. 11-33913
                                                             Chapter 11 Proceeding
                Debtors.                           Hon. Daniel S. Opperman
_____/

**ORDER AUTHORIZING SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF THE DEBTOR FREE OF CLAIMS, LIENS AND INTERESTS PURSUANT TO 11 U.S.C. §363**

        The Debtor having filed a Motion for Sale of Substantially all of the Assets of the Debtor Free and Claims, Liens and Interests Pursuant to 11 U.S.C. §363 ("Motion"), notice having been given to all creditors and interested parties and the Court being fully advised in the premises;

        IT IS HEREBY ORDERED that:

        1. The sale of the Business of the Debtor is authorized, pursuant to the terms and conditions of the Purchase Agreement attached as an Exhibit to the Motion, which Business is currently located in Lapeer, Michigan for a purchase price of $170,000.00 to Lapeer Family Restaurant, Inc. which sale shall be free and clear of all liens, claims and interests under 11 U.S.C. §363, with said liens, claims and interests to follow the proceeds; and

        2. The Debtor is authorized to deduct from the sale proceeds and pay all estimated closing costs including, but not limited to a brokerage fee pursuant to appointment documents and agreements which will be filed separately with this Court.

.

**Signed on August 30, 2011**

                                                         **/s/ Daniel S. Opperman**
                                                         **Daniel S. Opperman**
                                                         **United States Bankruptcy Judge**