## UNITED STATES BANKRUPTCY COURT
## IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION - FLINT

IN RE:

FARMHOUSE FAMILY EATERY, INC.,     Case No. 11-33913
                                      Chapter 11 Proceeding
         Debtor.             Hon. Daniel S. Opperman
_____/

### ORDER APPROVING EMPLOYMENT OF LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C. FOR DEBTOR-IN-POSSESSION

Upon the application of the Debtor-In-Possession, FARMHOUSE FAMILY EATERY, INC., and upon approval of the United States Trustee;

IT IS HEREBY ORDERED, that the employment of LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C. by the Debtor-In-Possession, FARMHOUSE FAMILY EATERY, INC., as attorney for Debtor-In-Possession is APPROVED with fees to be awarded upon proper application with this Court. Initial application may be made less than 120 days from the petition.

**Signed on August 30, 2011**

                                         **/s/ Daniel S. Opperman**
                                         **Daniel S. Opperman**
                                         **United States Bankruptcy Judge**