# SYSCO

SYSCO DETROIT, LLC  
P.O.BOX 33580    DETROIT, MI 48232-5580  
(734)397-7700  OR (800)959-7990  
DUNS #05-1099-661

FARM HOUSE  
282 S. MAIN  
LAPEER                MI    48446  
810-245-8630

FARM HOUSE  
282 S. MAIN  
LAPEER                MI    48446

| DELV. DATE | CUSTOMER | INVOICE | PG. |
|---|---|---|---|
| 8/26/11 | 666933  108260473 | 5 | 1 |
| TRUCK/STOP /001 | PURCHASE ORDER | | |
| ROUTE 5014 | ORDER TO ORDER | | |
| 16000 | MANIFEST# 582162 NORMAL DELIVERY | | |
| | MA: SAAS  DAN FELDMAN | | |
| | DRIVER: | | |

| LO C | QTY. | SPLIT | S P L | CS N | PACK | SIZE | BRAND | DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED AMOUNT | T A X | P A X | INVOICE ADJUSTMENTS CODE | QTY. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ****DAIRY**** | | | | | | | | |
| C | 6 | | | CS | 25 | LB | WHLFARM | BUTTER WHIPPED SLTD USDA AA  4616418 | 5426937 | 35.18 | | 211.08 | | | | |
| C | 2 | | | CS | 9.5 | GAL | SUPDARY | BUTTERMILK FRESH                 683 | 8145195 | 20.50 | | 41.00 | | | | |
| C | 2 | | | SCS | 45 | LB | BBRLCLS | CHEESE AMER YEL 120 SLI       28131 | 6697114 | 53.87 | | 107.74 | | | | |
| C | 2 | | | SCS | 45 | LB | CASASOL | CHEESE CHDR SHRD YEL FCY MIL 10983CS | 2406163 | 56.99 | | 113.98 | | | | |
| C | 2 | | | CS | 45 | LB | SUPDARY | CHEESE COTTAGE SM CURD          271 | 5782950 | 32.39 | | 64.78 | | | | |
| C | 2 | | | CS | 62 | LB | BIERY   | CHEESE MOZZARELLA SLI TWIN PK  29016 | 4945859 | 52.16 | | 104.32 | | | | |
| C | 1 | | | CS | 25 | LB | TWNPINE | CREAM SOUR                      811 | 5754449 | 18.12 | | 18.12 | | | | |
| C | 1 | | | CS | 100 | OZ | WHLFARM | CREAM SOUR CUP                 16005 | 5615810 | 16.04 | | 16.04 | | | | |
| C | 1 | | | CS | 12 | QT | XTENFRS | CREAM WHIPPING HEAVY           6153 | 1814573 | 53.22 | | 53.22 | | | | |
| C | 3 | | | CS | 350 | 3/8 OZ | CRMPROD | CREAMER HALF & HALF CUP        6506 | 1302751 | 12.76 | | 38.28 | | | | |
| C | 1 | | | CS | 12 | QT | SUPDARY | CREAMER HALF & HALF FRSH        568 | 6293114 | 18.31 | | 18.31 | | | | |
| F | 1 | | | CS | 122 | LB | RMBRANT | EGG LIQ NO CHOL GOLDEN 3381023534000 | 7432709 | 52.06 | | 52.06 | | | | |
| F | 5 | | | CS | 65 | LB | RMBRANT | EGG SCRAMBLE MIX             6000-30 | 5880630 | 39.99 | | 199.95 | | | | |
| C | 7 | | | CS | 115 | DZ | WHLFCLS | EGG SHELL XLRG GRD AA USDA WHT      | 2105849 | 20.09 | | 140.63 | | | | |
| F | 1 | | | CS | 13 | GAL | WHLFARM | ICE CREAM CHOC               466932 | 1921097 | 22.13 | | 22.13 | | | | |
| F | 1 | | | CS | 13 | GAL | EDYDREY | ICE CREAM VAN BEAN SPECK      1438 | 7611759 | 23.48 | | 23.48 | | | | |
| C | 1 | | | CS | 36 | LB | WHLFARM | MARGARINE BTR EUROP STYLE  13386-COM | 6139000 | 55.36 | | 55.36 | | | | |
| C | 6 | | | CS | 30 | LB | WHLFCLS | MARGARINE SOLID ALL VEG    99957-WFS | 0417527 | 22.42 | | 134.52 | | | | |
| | | | | | | | | GROUP TOTAL**** | | | | 1415.00 | | | | |
| | | | | | | | | ****MEATS**** | | | | | | | | |
| F | 1 | | | CS | 115 | LB | SYS REL | BACON LAYFLAT 18/22 CT     608057-895 | 1073402 | 55.82 | | 55.82 | | | | |

| CASE | SPLIT | TOT. PCS | CUBE | GROSS WT. | | OPEN: 6:00 AM | CLOSE: 11:00 PM | | SUB TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| 46 | | 46 | 34.9 | 1058 | | | | | TAX TOTAL | |
| | | | | | NO. PCS. DELVD. | SIGNED INVOICE EVIDENCES RECEIPT OF ALL ITEMS. | NO. PCS. REC. | | INVOICE TOTAL | |
| | | | | | | CUST. SIGN X | | | | |

REMIT TO  
SYSCO DETROIT, LLC  
PO BOX 33580  
DETROIT, MI 48232-5580

PAYABLE ON OR BEFORE

CONT. ON PAGE 2

DRIVER'S SIGN.

IMPORTANT PACA PROVISION:  
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE AR SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

# SYSCO

SYSCO DETROIT, LLC
P.O.BOX 33580
DETROIT, MI 48232-5580
(734)397-7700 OR (800)959-7990
DUNS #05-1099-661

FARM HOUSE
282 S. MAIN
LAPEER                MI    48446

810-245-8630

FARM HOUSE
282 S. MAIN
LAPEER              MI    48446

| DELV DATE | CUSTOMER | INVOICE | PG. |
|---|---|---|---|
| 8/26/11 | 666933 | 108260473 | 2 |
| TRUCK/STOP /001 | PURCHASE ORDER | 5 | |
| ROUTE 5014 | TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE. ORDER TO ORDER MANIFEST# 582162 NORMAL DELIVERY MA: SAAS    DAN FELDMAN DRIVER: | | |
| 16000 | | | |

| QTY. | SPLIT | B/O | U/M | PACK | SIZE | BRAND | DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED AMOUNT | T/P A/X | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | | | CS | 210LB | | HORMEL | BACON LAYFLAT 9/13CT OLD SMK   44391 | 6634901 | 91.62 | | 824.58 | | | |
| 1 | | | CS | 43 LB | | GROEBEL | BEEF CORNED SHAVED | 2432144 | 78.94 | | 78.94 | | | |
| 1 | | | CS | 305.3 OZ | | SYS CLS | BEEF FRITTER RAW CHP/FRM    1166552 | 1166552 | 33.11 | | 33.11 | | | |
| 1 | | | CS | 40 4 OZ | | SYS CLS | BEEF LIVER SLI SKND&DVND 74865-43720 | 7097017 | 22.12 | | 22.12 | | | |
| 1 | | | CS | 326 OZ | | SYS CLS | BEEF STEAK PHILLY MAR BRKWY 8563181 | 8563181 | 55.81 | | 55.81 | | | |
| 2 | | | CS | 210#AVG | | DEARBRN | HAM BUFFET BNLS 97%     3516 25.600             T/WT=  51.830 | 3352531 | 3.288 | | 170.42 | | | |
| 5 | | | CS | 110LB | | DAVES | SAUSAGE PORK LNK    1500 | 2529444 | 20.99 | | 104.95 | | | |
| 2 | | | CS | 112LB | | B EVANS | SAUSAGE PTY WHL HOG 2.6 OZ   4207 | 4505723 | 44.54 | | 89.08 | | | |
| 1 | | | CS | 25 LB | | AREZZIO | TOPPING PIZZA PORK CRUMBL 68777-0071 | 2368777 | 27.35 | | 27.35 | | | |
| | | | | | | | GROUP TOTAL**** | | | | 462.18 | | | |
| | | | | | | | ****SEAFOOD**** | | | | | | | |
| 1 | | | CS | 244 OZ | | OCNCHEF | CLAM STRIP BRD 50% PRTN    60255 | 7793452 | 18.90 | | 18.90 | | | |
| 9 | | | CS | 110 LB | | FALCN | COD LOIN ALSK IQF 3 OZ   5208415 | 7869613 | 36.34 | | 327.06 | | | |
| 3 | | | CS | 111 LB | | PACKER | PIKE PERCH FIL ZANDER 40-60 GM | 1761865 | 88.11 | | 264.33 | | | |
| | | | | | | | GROUP TOTAL**** | | | | 610.29 | | | |
| | | | | | | | ****POULTRY**** | | | | | | | |
| 1 | | | CS | 25 LB | | SYS CLS | CHICKEN BRST BRD FILLET 6.25OZ  4456 | 3976396 | 38.25 | | 38.25 | | | |
| 6 | | | CS | 485 OZ | | SYS CLS | CHICKEN BRST 1FZ MARN ZIPLOC   97194 | 9562877 | 35.17 | | 211.02 | | | |
| 5 | | | CS | 25 LB | | TYSON | CHICKEN BRST TENDERLOIN F 10341-0928 | 5338559 | 28.22 | | 141.10 | | | |
| 1 | | | CS | 163#AVG | | SYS CLS | CHICKEN CVP 8PC CUT FRESH TRIM 54406 52.000 | 1861749 | 1.119 | | 58.19 | | | |
| 1 | | | CS | 45 LB | | SYS CLS | CHICKEN LIVER IQF    9327-895 | 1017391 | 30.96 | | 30.96 | | | |

| CASE | SPLIT | TOT. PCS | CUBE | GROSS WT. | | | |
|---|---|---|---|---|---|---|---|
| 50 | | 50 | 32.0 | 755 | OPEN: 6:00 AM    CLOSE: 11:00 PM | | |

NO. PCS. DELVD.    SIGNED INVOICE EVIDENCES RECEIPT OF ALL ITEMS.    NO. PCS. REC.
CUST. SIGN. X

REMIT TO
SYSCO DETROIT LLC
PO BOX 33580
DETROIT, MI 48232-5580

PAYABLE ON OR BEFORE

SUB TOTAL
TAX TOTAL
INVOICE TOTAL

CONT.  ON  PAGE   3

DRIVER'S SIGN.

IMPORTANT PACA PROVISION:
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE AR SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

SYSCO DETROIT, LLC
P.O. BOX 33580
DETROIT, MI 48232-5580
(734)397-7700 OR (800)959-7990
DUNS #05-1099-661

| FARM HOUSE | | | | | | DELV. DATE 8/26/11 | CUSTOMER 666933 | INVOICE 108260473 | | PG. 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| 282 S. MAIN | | | | | | TRUCK/STOP /001 | | | 5 | |
| LAPEER MI 48446 | | | | | | ROUTE 5014 | PURCHASE ORDER | | | |
| 810-245-8630 | | | | | | 16000 | TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE. ORDER TO ORDER MANIFEST# 582162 NORMAL DELIVERY M: SAAS DAN FELDMAN DRIVER: | | | |

FARM HOUSE
282 S. MAIN
LAPEER                MI    48446

| QTY. | L O C | S P L C | PACK | SIZE | BRAND | DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED AMOUNT | T A X | I A P | INVOICE ADJUSTMENTS CODE | QTY. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | F | CS | 110 | LB | PERDUE | SAUSAGE TURKEY PTY 1.5 OZ  50104 | 4652392 | 22.78 | | 22.78 | | | | |
| 1 | C | CS | 42.5LB | | BBRLCLS | TURKEY BREAST SLICED SMK 2/3OZ 20644 | 1962752 | 47.54 | | 47.54 | | | | |
| 2 | F | CS | 28-10# | | SYS CLS | TURKEY BRST BNLS RAW FOIL 47126 | 4347126 | 2.674 | | 115.41 | | | | |
| | | | | | | 21.040 T/WT= 22.120 | | | | | | | | |
| | | | | | | GROUP TOTAL**** | | | | 665.25 | | | | |
| | | | | | | ***FROZEN**** | | | | | | | | |
| 1 | F | TB | 130 | LB | SYS CLS | APPLE SLICE JONS 7X1 | 2542967 | 32.63 | | 32.63 | | | | |
| 2 | F | PL | 118 | LB | PILLSBY | BATTER MUFFIN BANANA NUT 108022000 | 1503523 | 49.42 | | 98.84 | | | | |
| 2 | F | CS | 122 | LB | SYS CLS | BEAN GREEN WHL POLY FROZ 31102 | 1877034 | 31.48 | | 62.96 | | | | |
| 1 | F | CS | 130 | LB | SYS CLS | BLUEBERRY CULT IQF GR A 1346279 | 1346279 | 79.43 | | 79.43 | | | | |
| 1 | F | CS | 1612PK | | RWBAKER | BUN HAMBURGER SLIDER SLI 1038 | 0657284 | 34.27 | | 34.27 | | | | |
| 2 | F | CS | 122 | LB | SYS CLS | CARROT SLI KK GR A P 1038421 | 1038421 | 29.31 | | 58.62 | | | | |
| 1 | F | CS | 63 | LB | SYS IMP | CAULIFLOWER FRZN BATTERED 41010146 | 9459934 | 52.18 | | 52.18 | | | | |
| 1 | F | CS | 62 | LB | GLDCRSP | CHEESE STICK MOZZ BRD 80008465 | 2543353 | 52.20 | | 52.20 | | | | |
| 2 | F | CS | 44.4 LB | | FAMTRAD | CORN WHL KERNEL PEACHES & CRM 104795 | 8235905 | 24.16 | | 48.32 | | | | |
| 5 | F | CS | 216 2.2 OZ | | PILLSBY | DOUGH BISCUIT SOUTHERN STY 106252000 | 2226710 | 42.22 | | 211.10 | | | | |
| 1 | F | CS | 3201 OZ | | OTSPKMY | DOUGH COOKIE CHOCOLATE CHIP 58100 | 7040504 | 51.37 | | 51.37 | | | | |
| 1 | F | CS | 1200 OZ | | BKRSCLS | DOUGH PUFF PASTRY SQUARE 5X5 47631 | 7545973 | 41.74 | | 41.74 | | | | |
| 1 | F | CS | 93 | LB | RICHS | DOUGH ROLL CINNAMON LOG GOURM 12300 | 1411552 | 64.33 | | 64.33 | | | | |
| 1 | F | CS | 62 | LB | STILWEL | OKRA BRD HVY 4001247 | 7163082 | 17.18 | | 17.18 | | | | |
| 2 | F | CS | 62.5 LB | | BREWCTY | ONION RING BEER BTRD THICK 70010011 | 9394420 | 40.67 | | 81.34 | | | | |
| 1 | F | CS | 545.5 OZ | | TONYS | PIZZA CHEESE ROUND 5" BULK 63519 | 1676667 | 62.55 | | 62.55 | | | | |

| CASE | SPLIT | TOT. PCS | CUBE | GROSS WT. | | OPEN: 6:00 AM  CLOSE: 11:00 PM | | | REMIT TO | SUB TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | 29 | 26.6 | 652 | | NO. PCS. DELVD. | SIGNED INVOICE EVIDENCES RECEIPT OF ALL ITEMS. CUST. SIGN. X | NO. PCS. REC. | SYSCO DETROIT LLC PO BOX 33580 DETROIT, MI 48232-5580 | TAX TOTAL | | | | |
| DRIVER'S SIGN. | | | | | | | | | | INVOICE TOTAL | | | | |
| | | | | | | | | PAYABLE ON OR BEFORE | | CONT. ON PAGE 4 | | | | |

IMPORTANT PACA PROVISION:
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE AR SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

SYSCO DETROIT, LLC
P.O. BOX 33580
DETROIT, MI 48232-5580
(734)397-7700 OR (800)959-7990
DUNS #05-1099-661

| DELV. DATE | CUSTOMER | INVOICE | PG. |
|---|---|---|---|
| 8/26/11 | 666933 | 108260473 | 4 |
| TRUCK/STOP /001 | PURCHASE ORDER | 5 | |
| ROUTE 5014 | TERMS · PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE. ORDER TO ORDER | | |
| 16000 | MANIFEST# 582162 NORMAL DELIVERY MA: SAAS DAN FELDMAN DRIVER: | | |

FARM HOUSE
282 S. MAIN
LAPEER                MI      48446

810-245-8630

FARM HOUSE
282 S. MAIN
LAPEER                MI      48446

| LOC | QTY | SPL | G O | PACK | SIZE | BRAND | DESCRIPTION | | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 4 | | CS | 4 | 65 LB | LAMB | POTATO FRY WEDGE RANCH | R12 | 2529956 | 36.24 | | 144.96 |
| F | 6 | | CS | 6 | 64.5 LB | PACKER | POTATO FRY 3/8 SC STR COATED | | 7011754 | 22.91 | | 137.46 |
| F | 1 | | CS | 1 | 25LB | SYS CLS | RASPBERRY RED WHOLE IQF | 16405 | 1458595 | 32.32 | | 32.32 |
| F | 2 | | CS | 2 | 10 2 LB | B EVANS | SAUSAGE GRAVY TAN | 4736 | 1688266 | 30.81 | | 61.62 |
| C | 1 | | CS | 1 | 46 LB | STK POT | SOUP BEEF BARLEY HRTY RT 00850046016 | | 9805961 | 57.35 | | 57.35 |
| F | 1 | | CS | 1 | 48 LB | BBRLIMP | SOUP CHICKEN ENCHILADA BAJA | 189130 | 1210053 | 78.89 | | 78.89 |
| F | 1 | | CS | 1 | 180.88 OZ | AUNTJEM | TOAST FRENCH STICK | 43585 | 8187908 | 18.25 | | 18.25 |
| F | 1 | | CS | 1 | 12 16 OZ | RICHS | TOPPING WHPD NON-DAIRY ON-TOP | 02559 | 1169960 | 38.78 | | 38.78 |
| C | 1 | | CS | 1 | 10 12CT | AZTECA | TORTILLA FLOUR PRSSD 12" | 06012 | 5827627 | 26.89 | | 26.89 |
| | | | | | | | GROUP TOTAL**** | | | | | 645.58 |
| | | | | | | | ***CANNED & DRY**** | | | | | |
| D | 1 | | BG | 1 | 4 12.5LB | DRAKES | BATTER MIX CRISPY FRY | 102 | 4227104 | 38.62 | | 38.62 |
| D | 1 | | CS | 1 | 6 #10 | BUSH | BEAN BAKED OVEN | 001619 | 4000873 | 36.62 | | 36.62 |
| D | 1 | | CS | 1 | 32 LB | CASASOL | CHIP TORTILLA TRI WHITE PRE 7724-894 | | 8769671 | 8.45 | | 8.45 |
| D | 1 | | CS | 1 | 150.5 OZ | WSTMNST | CRACKER OYSTER | 15040 | 5623285 | 13.39 | | 13.39 |
| D | 1 | | CS | 1 | 8 2.5 LBS | SYS CLS | CROUTON SEASONED HMSTY ZTF | 74920 | 7762329 | 47.13 | | 47.13 |
| D | 1 | | CS | 1 | 4 1 GAL | MARZETI | DRESSING FRENCH HONEY | 80051 | 4278057 | 39.94 | | 39.94 |
| D | 1 | | CS | 1 | 4 1 GAL | HVR | DRESSING HONEY MUST | 85654-HVR | 7398555 | 57.49 | | 57.49 |
| D | 3 | | CS | 3 | 6 #10 | CHFMATE | GRAVY SAUSAGE COUNTRY RTU 5000005228 | | 4958542 | 57.34 | | 172.02 |
| D | 1 | | CS | 1 | 200.5 OZ | SMUCKER | HONEY PURE CUP | 00763 | 4131405 | 29.82 | | 29.82 |
| D | 1 | | CS | 1 | 200 3/8 OZ | SMUCKER | JAM ASST SUGAR FREE | 5150005555 | 6937445 | 18.04 | | 18.04 |

| CASE | SPLIT | TOT. PCS | CUBE | GROSS WT. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | | 30 | 30.7 | 816 | | | | | | | | |

OPEN: 6:00 AM    CLOSE: 11:00 PM

NO. PCS. DELVD.  |  SIGNED INVOICE EVIDENCES RECEIPT OF ALL ITEMS.  NO. PCS. REC.
CUST. SIGN. X

REMIT TO
SYSCO DETROIT LLC
PO BOX 33580
DETROIT, MI 48232-5580

PAYABLE ON OR BEFORE

SUB TOTAL
TAX TOTAL
INVOICE TOTAL

CONT. ON PAGE 5

DRIVER'S SIGN.

IMPORTANT PACA PROVISION:
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE AR SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

SYSCO DETROIT, LLC
P.O.BOX 33580
DETROIT, MI 48232-5580
(734)397-7700 OR (800)959-7990
DUNS #05-1099-661

FARM HOUSE
282 S. MAIN
LAPEER MI 48446

810-245-8630

FARM HOUSE
282 S. MAIN
LAPEER MI 48446

| DELV. DATE | CUSTOMER | INVOICE | PG. |
|---|---|---|---|
| 8/26/11 | 666933 | 108260473 | 5 |
| TRUCK/STOP | PURCHASE ORDER | | |
| /001 | | 5 | |
| ROUTE | ORDER TO ORDER | | |
| 5014 | MANIFEST# 582162 NORMAL DELIVERY | | |
| 16000 | MA:SAAS DAN FELDMAN | | |
| | DRIVER: | | |

TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE.

| LOC | QTY. | SPLIT | S O P N | CS | PACK | SIZE | CUBE | GROSS WT. | DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED AMOUNT | T A X | INVOICE ADJUSTMENTS CODE | QTY. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | 1 | | | CS | 200 | .5 OZ | | | DICKNSN JAM GRAPE 5150003433 | 8654121 | 16.00 | | 16.00 | | | |
| D | 1 | | | CS | 12 | 46 OZ | | | SCRMNTO JUICE TOMATO FCY SACVA46 | 0963793 | 22.98 | | 22.98 | | | |
| D | 1 | | | CS | 30 | 20 OZ | | | HEINZ KETCHUP SQUEEZE UPSIDE DOWN 050200 | 6520779 | 51.79 | | 51.79 | | | |
| D | 1 | | | CS | 4 | 1GAL | | | SYS REL MAYONNAISE HEAVY DUTY 71416-SYD | 4002432 | 29.91 | | 29.91 | | | |
| D | 1 | | | CS | 6 | 1 LTR | | | MJR PTR MIX COCKTAIL GRENADINE 47785 | 1256189 | 38.07 | | 38.07 | | | |
| D | 1 | | | CS | 8 | 16 OZ | | | LEGOUT MIX GRAVY BEEF INST 3750075001 | 7452543 | 34.91 | | 34.91 | | | |
| C | 1 | | | CS | 12 | 11 OZ | | | MINOR MIX GRAVY CHICKEN PREP 7482680501 | 5013222 | 41.43 | | 41.43 | | | |
| D | 1 | | | CS | 12 | 12.9OZ | | | MINOR MIX GRAVY TURKEY PREP 2501 | 4991410 | 42.73 | | 42.73 | | | |
| D | 2 | | | CS | 9 | 60OZ | | | SUNRICH MIX PANCAKE BTRMILK SRB-105 | 7858792 | 38.33 | | 76.66 | | | |
| D | 1 | | | CS | 12 | 2.87LB | | | SUNRICH MIX PANCAKE MULTIGRAIN SRPP100-P727 | 3488046 | 81.27 | | 81.27 | | | |
| D | 1 | | | CS | 6 | 9 OZ | | | CASASOL MIX SEASONING TACO 974527 | 5935879 | 17.86 | | 17.86 | | | |
| D | 1 | | | CS | 2 | 5LB | | | LABELLA PASTA NOODLE EGG XWIDE 630113 | 8032989 | 13.40 | | 13.40 | | | |
| D | 1 | | | CS | 2 | 10 LB | | | AREZZIO PASTA ROTINI PLAIN 600535 | 5587993 | 30.38 | | 30.38 | | | |
| D | 1 | | | CS | 2 | 10 LB | | | AREZZIO PASTA SPAGHETTI 10" 600531 | 5587902 | 28.26 | | 28.26 | | | |
| C | 1 | | | CS | 1 | 5GAL | | | CLCRISP PICKLE CHIP DELI KK1/4 WAFL C-210 | 1577980 | 24.74 | | 24.74 | | | |
| D | 1 | | | CS | 6 | #10 | | | PREMIUM PINEAPPLE SLI JCE 48300 | 1097807 | 60.41 | | 60.41 | | | |
| D | 2 | | | CS | 200 | .5 OZ | | | DICKNSN PRESERVE BLACKBERRY 5150003431 | 8654162 | 27.59 | | 55.18 | | | |
| D | 2 | | | CS | 200 | .5 OZ | | | DICKNSN PRESERVE STRAWBERRY 3438 | 8654253 | 23.19 | | 46.38 | | | |
| D | 1 | | | CS | 4 | 138 OZ | | | CASASOL SALSA CHUNKY MED AUTHENTIC 14069 | 7039407 | 48.78 | | 48.78 | | | |
| D | 1 | S | | | ONLY | 5 LB | | | LAWRYS SALT SEASONED 2150080620 | 4043378 | 20.16 | | 20.16 | | | |

| CASE | SPLIT | TOT. PCS | CUBE | GROSS WT. |
|---|---|---|---|---|
| 22 | 1 | 23 | 15.0 | 513 |

| NO. PCS. DELV'D | SIGNED INVOICE EVIDENCES RECEIPT OF ALL ITEMS. CUST SIGN X | NO. PCS. REC. |
|---|---|---|

OPEN: 6:00 AM   CLOSE: 11:00 PM

REMIT TO
SYSCO DETROIT LLC
PO BOX 33580
DETROIT, MI 48232-5580

PAYABLE ON OR BEFORE

SUB TOTAL
TAX TOTAL
INVOICE TOTAL

CONT. ON PAGE 6

DRIVER'S SIGN.

IMPORTANT PACA PROVISION:
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE AR SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

# SYSCO

SYSCO DETROIT, LLC
P.O.BOX 33580
DETROIT, MI 48232-5580
(734)397-7700 OR (800)959-7990
DUNS #05-1099-661

**FARM HOUSE**
282 S. MAIN
LAPEER MI 48446
810-245-8630

FARM HOUSE
282 S. MAIN
LAPEER MI 48446

| DELV. DATE | CUSTOMER | INVOICE | PG. |
|---|---|---|---|
| 8/26/11 | 666933 | 108260473 | 6 |

TRUCK/STOP /001 — ROUTE 5014

PURCHASE ORDER
TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE.
ORDER TO ORDER
MANIFEST# 582162 NORMAL DELIVERY
MA:SAAS
DRIVER: DAN FELDMAN

| L O C | QTY | SPL PLD | U O M | PACK | SIZE | BRAND | DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED AMOUNT | T A X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | 1 | | CS | 4 | 138 OZ | CASASOL | SAUCE PICANTE MED AUTHENTIC 12198 | 7039100 | 39.94 | | 39.94 | |
| D | 1 | | CS | 24 | 5OZ | A.1. | SAUCE STEAK 00003 | 4007498 | 43.84 | | 43.84 | |
| D | 1 | | CS | 4 | 1GAL | LITEHSE | SAUCE TARTAR SIGNTR 13254 | 0539229 | 40.68 | | 40.68 | |
| D | 1 | S | CS | 6 | #10 | SYS IMP | SAUERKRAUT SHREDDED FCY 264338 | 4189171 | 30.38 | | 30.38 | |
| D | 6 | | CS | 1 | 35LB | ZOYE | SHORTENING FRY LIQ 29ZEFB35 | 7131432 | 29.06 | | 174.36 | |
| D | 1 | | CS | 1 | 22 LB | DOMINO | SUGAR BROWN LIGHT 400592 | 5123054 | 35.94 | | 35.94 | |
| D | 2 | | CS | 4 | 1 GAL | SYS REL | SYRUP PANCAKE & WAFFLE 4008769 | 4008769 | 21.05 | | 42.10 | |
| D | 1 | | CS | 6 | #5 | SYS CLS | TOPPING STRAWBERRY SLI 437 | 4925129 | 46.49 | | 46.49 | |
| | | | | | | | ****PAPER & DISP**** GROUP TOTAL**** | | | | 1696.55 | |
| D | 1 | | CS | 1000CT | | BROWN | BAG PAPER BREAD WHT 4.5X4X14.5 1202 | 7003439 | 47.57 | | 47.57 | * |
| D | 1 | | CS | 2000EA | | SYSCO | BAG PLAS 6.5X7.5 HI-DEN SA 304985191 | 4358990 | 32.26 | | 32.26 | * |
| D | 1 | | CS | 12500CT | | SYS CLS | BAND NAPKIN 1.5X4.25 WHT N9S240SYSL | 6204669 | 12.81 | | 12.81 | * |
| D | 1 | | CS | 500 6" | | SERENE | CONTAINER FOAM HNG SDWC YTH1S080ADEC | 7336805 | 31.29 | | 31.29 | * |
| D | 4 | | CS | 150 9X9X3 | | SERENE | CONTAINER FOAM HNG 1C D YHLW09S1ADEC | 7192580 | 19.09 | | 76.36 | * |
| D | 1 | | CS | 20 | 25 CT | SYSCO | CUP FOAM 20OZ SY20J16 | 3290962 | 24.53 | | 24.53 | * |
| D | 1 | | CS | 12 | 200CT | SYSCO | CUP PLAS PRTN TRANS 2OZ YS200SYS | 7790239 | 45.37 | | 45.37 | * |
| D | 1 | | CS | 10 | 100CT | AMBITEX | GLOVE VINYL NOPOWDER LARGE VLG5201 | 9570375 | 56.45 | 3.39 | 56.45 | * |
| D | 1 | S | | ONLY 20CT | | SYSCO | GRIDDLE SCREEN 4X6IN SYS-GS-200 | 5793971 | 8.67 | .52 | 8.67 | * |
| D | 1 | | CS | 12 | 50 CT | SYSCO | LABEL ROLL SHELF LF DSSLVE IT111043 | 9830621 | 19.99 | 1.20 | 19.99 | * |
| D | 1 | | CS | 250 | 30 GAL | SYSCO | LINER TRASH 30X36 .5ML BLK H6036MBS | 4088258 | 36.30 | 2.18 | 36.30 | * |

| CASE | SPLIT | TOT. PCS | CUBE | GROSS WT. |
|---|---|---|---|---|
| 27 | 1 | 28 | 37.0 | 621 |

NO. PCS. DELVD.
OPEN: 6:00 AM  CLOSE: 11:00 PM

SIGNED INVOICE EVIDENCES RECEIPT OF ALL ITEMS.
CUST. SIGN X

NO. PCS. REC.

REMIT TO
SYSCO DETROIT LLC
PO BOX 33580
DETROIT, MI 48232-5580

PAYABLE ON OR BEFORE

| SUB TOTAL | |
| TAX TOTAL | |
| INVOICE TOTAL | |

CONT. ON PAGE 7

IMPORTANT PACA PROVISION:
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE AR SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

```
SYSCO DETROIT, LLC
P.O.BOX 33580
DETROIT, MI 48232-5580
(734)394-7700 OR (800)959-7990
DUNS #05-1099-661
```

FARM HOUSE
282 S. MAIN
LAPEER                       MI    48446

810-245-8630

FARM HOUSE
282 S. MAIN
LAPEER                       MI    48446

| DELV. DATE | CUSTOMER | INVOICE | PG. |
|---|---|---|---|
| 8/26/11 | 666933 | 108260473 | 5 7 |
| TRUCK/STOP /001 | PURCHASE ORDER 108260473 | | |
| ROUTE 5014 | TERMS-PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE. | | |
| 16000 | ORDER TO ORDER | | |
| | MANIFEST# 582162 NORMAL DELIVERY | | |
| | MA: SAAS | | |
| | DRIVER: DAN FELDMAN | | |

| L O | QTY. | S P L I T | TOT. PCS | PACK | SIZE | DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED AMOUNT | T A X | P I | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | 1 | | CS | 20 | 55GAL | SYSCO    LINER TRASH 36X58 .7ML BLK H7258HBS | 4084679 | 55.83 | 3.35 | 55.83 | * | | | |
| D | 1 | | CS | 12 | 334 CT | SYS CLS NAPKIN DINNER 17X17 1P 1/ N7141A-SYS | 5917655 | 58.96 | | 58.96 | | | | |
| D | 1S | | | ONLY12 CT | SYSCO    PAD SCRUB S-S 50 GRAM 1. SYS-434-6PB | 5793856 | 28.32 | 1.70 | 28.32 | * | | | | |
| D | 1S | | | ONLY1000CT | PACKER   PICK WOOD FRILL 4.5 IN | 4225728 | 5.35 | | 5.35 | | | | | |
| D | 1S | | CS | 24 | 500CT | SYS CLS STRAW PLAS TRANS WRPD 7 YSTWJ77SYS24 | 0191567 | 90.31 | | 90.31 | | | | |
| D | 1 | | CS | 12 | 2000FT | SYS CLS TISSUE TOILET JMBO 1PLY 3860541-SYS | 3860541 | 62.48 | 3.75 | 62.48 | * | | | |
| D | 1 | | CS | 6 | 700 FT | TORKUNV TOWEL ROLL NON-PERF 7.75 NAT 290088 | 9362005 | 43.63 | 2.62 | 43.63 | * | | | |
| | | | | | | GROUP TOTAL**** | | | | 736.48 | | | | |
| | | | | | | ****CHEMICAL & JANITORIAL**** | | | | | | | | |
| D | 1 | | CS | 6 | 1GAL | TECHGRP BLEACH CHLORINE LIQUID 5.25%    5366 | 4533501 | 11.85 | .71 | 11.85 | * | | | |
| D | 1 | | CS | 46 | .75LB | KEYSTON DETERGENT MACHINE APEX SOLID 6100092 | 7681246 | 98.51 | 5.91 | 98.51 | * | | | |
| D | 1 | | CS | 4 | 1 GAL | TECHGRP DETERGENT POT/PAN PINK          5371 | 4533675 | 23.10 | 1.39 | 23.10 | * | | | |
| D | 1 | | CS | 12 | .5GAL | KEYSTON SANITIZER LIQ MACH 2.5GAL    6100101 | 7640010 | 28.50 | 1.71 | 28.50 | * | | | |
| | | | | | | ** HAZARD ** | | | | | | | | |
| D | 1 | | CS | 4 | 1000ML | DIVERSY SOAP ANTIBACTERIAL FOAM      5509922 | 8850606 | 62.99 | 3.78 | 62.99 | * | | | |
| | | | | | | GROUP TOTAL**** | | | | 224.95 | | | | |
| | | | | | | ****PRODUCE**** | | | | | | | | |
| C | 2 | | CS | 1 | 10 LB | PACKER   BANANA GRN TIP FRESH | 1079383 | 11.71 | | 23.42 | | | | |
| C | 1 | | CS | 4 | 3 LB | SYS NAT BROCCOLI FLORET ICELESS | 1675859 | 25.49 | | 25.49 | | | | |
| C | 2 | | CS | 4 | 5 LB | SYS IMP CABBAGE DICED SLAW MIX 1/8" | 8557746 | 14.33 | | 28.66 | | | | |
| C | 1 | | CS | 12 | 4 CT | MI PROD CELERY FRESH MICHIGAN | 6905289 | 31.30 | | 31.30 | | | | |
| C | 1 | | CS | 12 | 4 CT | MI PROD CUCUMBER SUPER SEL MICHIGAN | 6672226 | 12.30 | | 12.30 | | | | |
| C | 1 | | CS | 1 | 115 CT | SYS CLS LEMON CH FRESH | 2252013 | 34.71 | | 34.71 | | | | |

| CASE | SPLIT | TOT. PCS | CUBE | GROSS WT. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 2 | 20 | 26.5 | 480 | NO. PCS. DELVD. | | SIGNED INVOICE EVIDENCES RECEIPT OF ALL ITEMS. CUST. SIGN. X | NO. PCS. REC. | | | | | | |

OPEN: 6:00 AM    CLOSE: 11:00 PM

REMIT TO
SYSCO DETROIT LLC
PO BOX 33580
DETROIT, MI 48232-5580

PAYABLE ON OR BEFORE

SUB TOTAL
TAX TOTAL
INVOICE TOTAL

CONT. ON PAGE 8

DRIVER'S SIGN.

IMPORTANT PACA PROVISION:
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

SYSCO DETROIT, LLC
P.O.BOX 33580
DETROIT, MI. 48232-5580
(734)397-7700 OR (800)959-7990
DUNS #05-1099-661

| DELV. DATE | CUSTOMER | INVOICE | PG. |
|---|---|---|---|
| 8/26/11 | 666933 | 108260473 | 8 |
| TRUCK/STOP /001 | PURCHASE ORDER | | |
| ROUTE 5014 | 16000 | | |

TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE.
ORDER TO ORDER
MANIFEST# 582162 NORMAL DELIVERY 5
MA: SAAS DAN FELDMAN
DRIVER:

FARM HOUSE
282 S. MAIN
LAPEER MI 48446

810-245-8630

FARM HOUSE
282 S. MAIN
LAPEER MI 48446

| CASE | SPLIT | S P L | C O Z | QTY. | PACK | SIZE | BRAND | DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | | | | 1 | CS | 110 LB | SYS NAT | LETTUCE GREEN LEAF CROWNS | 6640569 | 22.92 | | 22.92 |
| C | | | | 1 | CS | 46 CT | SYS NAT | LETTUCE ICEBERG TRIMMED FRES 1675610 | 1675610 | 28.99 | | 28.99 |
| C | | | | 8 | CS | 45 LB | SYS NAT | LETTUCE SAL MIX SEPARATE FRE 1675602 | 1675602 | 17.81 | | 142.48 |
| C | | | | 1 | CS | 115 CT | PACKER | MELON CANTALOUPE FCY FRESH | 1000264 | 20.40 | | 20.40 |
| C | | | | 1 | CS | 16 CT | PACKER | MELON HONEYDEW FRESH P1000538 | 1000538 | 31.93 | | 31.93 |
| C | | | | 1 | CS | 11 CT | PACKER | MELON WATERMELON WHLSDLS FRSH | 1572353 | 8.44 | | 8.44 |
| C | | | | 1 | CS | 13 LB | PACKER | MUSHROOM PORTABELLA CAP 3.5 | 2824019 | 16.18 | | 16.18 |
| C | | | | 1 | BX | 110 LB | PACKER | MUSHROOM SLI FRESH | 1166289 | 19.09 | | 19.09 |
| C | | | | 2 | CS | 12 LB | SYS IMP | ONION GREEN ICELS FRSH | 8678120 | 10.60 | | 21.20 |
| C | | | | 1 | CS | 150 LB | SYS IMP | ONION YELLOW JUMBO FRESH 150JYOC | 1094721 | 30.47 | | 30.47 |
| C | | | | 1 | .9BHL | | PACKER | PEPPER BELL GREEN MED | 4615662 | 26.86 | | 26.86 |
| C | | | | 2 | CS | 51 CT | PACKER | PINEAPPLE GOLDEN | 8935587 | 41.09 | | 82.18 |
| C | | | | 2 | FC | 150 LB | PACKER | POTATO BAKING IDAHO FRESH 60CT | 1101864 | 41.43 | | 82.86 |
| C | | | | 13 | CS | 210 LB | SYS NAT | POTATO HASHBROWN SHRD 74865-69353-00 | 4377677 | 15.66 | | 203.58 |
| C | | | | 6 | CS | 215# | PACKER | POTATO PEELED WHL SIZEB | 7381957 | 21.68 | | 130.08 |
| C | | | | 9 | CS | 210 LB | PACKER | POTATO RED DICED FRSH W/SKIN | 2123016 | 18.94 | | 170.46 |
| C | | | | 2 | CS | 40#JUMBO | SYS CLS | POTATO SWEET | 7152564 | 14.55 | | 29.10 |
| C | | | | 1 | CS | 25 LB | BBRLIMP | SALAD CHICKEN 51071 | 2510717 | 42.55 | | 42.55 |
| C | | | | 3 | CS | 81 LB | PACKER | STRAWBERRY FRESH | 6235501 | 16.45 | | 49.35 |
| C | | | | 4 | FC | 125 LB | PACKER | TOMATO BULK FRESH LARGE 6X6 | 1172881 | 27.51 | | 110.04 |

| CASE | SPLIT | TOT. PCS | CUBE | GROSS WT. | | NO. PCS. DELVD. | NO. PCS. REC. | SIGNED INVOICE EVIDENCES RECEIPT OF ALL ITEMS. CUST. SIGN. X | SUB TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| 61 | | 61 | 54.6 | 1461 | | | | | TAX TOTAL | |
| | | | | | | | | | INVOICE TOTAL | |

OPEN: 6:00 AM   CLOSE: 11:00 PM

REMIT TO
SYSCO DETROIT LLC
PO BOX 33580
DETROIT,MI 48232-5580

PAYABLE ON OR BEFORE

CONT. ON PAGE 9

IMPORTANT PACA PROVISION:
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

# SYSCO

SYSCO DETROIT, LLC
P.O. BOX 33580
DETROIT, MI 48232-5580
(734)397-7700 OR (800)959-7990
DUNS #05-1099-661

FARM HOUSE
282 S. MAIN
LAPEER                    MI    48446

810-245-8630

FARM HOUSE
282 S. MAIN
LAPEER                    MI    48446

| DELV. DATE | CUSTOMER | INVOICE | PG. |
|---|---|---|---|
| 8/26/11 | 666933 | 108260473 | 5 | 9 |

| TRUCK/STOP | PURCHASE ORDER |
|---|---|
| 5014 /001 | ORDER TO ORDER |

ROUTE: 16000
TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE.
MANIFEST# 582162 NORMAL DELIVERY
MA: SAAS   DAN FELDMAN
DRIVER:

| L/O | QTY. | S/P | C/O | CASE | SPLIT | TOT. PCS | PACK | SIZE | DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED AMOUNT | T/A | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | ****DISPENSER BEVERAGE**** | | | | 425.04 | | | |
| D | 1 | | | CS | | | 122 | LB | MNSTCOF COFFEE COL WB           17914 | 5679297 | 162.34 | | 162.34 | | | |
| F | 1 | | | CS | | | 33 | LTR | SUNKSTS DRINK LEMONADE BASE 5+1 141110 | 0059929 | 69.99 | | 69.99 | | | |
| F | 1 | | | CS | | | 33 | LTR | SUNKSTS JUICE ORANGE CONC 4+1   141091 | 0055507 | 116.53 | | 116.53 | | | |
| D | 2 | | | CS | | | 15 | GAL | COCACOL SYRUP COKE CLASSIC 5X1 BIB 04250010 | 4090593 | 59.99 | | 119.98 | | | |
| D | 1 | | | CS | | | 15 | GAL | COCACOL SYRUP COKE DIET 5.5X1 BIB X 04240010 | 4273546 | 59.99 | | 59.99 | | | |
| D | 1 | | | CS | | | 15 | GAL | DR PEPR SYRUP DR PEPPER BIB     12109 | 4273553 | 62.35 | | 62.35 | | | |
| D | 1 | | | CS | | | 15 | GAL | BARQS   SYRUP ROOT BEER BIB     15400010 | 5409115 | 61.99 | | 61.99 | | | |
| D | 1 | | | CS | | | 15 | GAL | SPRITE  SYRUP SPRITE 5X1 BIB    09560010 | 4090395 | 59.99 | | 59.99 | | | |
| D | 1 | | | CS | | | 12.5 | GAL | NESTEA SYRUP TEA RASPBERRY 5X1 BIB 01910298 | 5953021 | 31.99 | | 31.99 | | | |
| D | 1 | | | CS | | | 243 | OZ | HSE REC TEA ICED BREW W/FLTR FRESH 39971 | 5027958 | 32.38 | | 32.38 | | | |
| | | | | | | | | | GROUP TOTAL**** | | | | 777.53 | | | |
| | MISC CHARGES | | | | | | | | CHGS FOR FUEL SURCHARGE*** | | | .02 | 5.00 | * | | |
| | ORDER SUMMARY | | | | | | | | : 86172 | | | | | | | |

| NO. PCS. DELVD. | CUBE | GROSS WT. |
|---|---|---|
| 294  4  298 | 8.7  266.0 | 415  6771 |

| | REMIT TO |
|---|---|
| | SYSCO DETROIT LLC |
| | PO BOX 33580 |
| | DETROIT, MI 48232-5580 |

| SUB TOTAL | 10663.85 |
|---|---|
| TAX TOTAL | 32.23 |
| INVOICE TOTAL | 10696.08 |

PAYABLE ON OR BEFORE  8/27/11    LAST PAGE

OPEN: 6:00 AM   CLOSE: 11:00 PM

SIGNED INVOICE EVIDENCES RECEIPT OF ALL ITEMS.
CUST. SIGN: X

DRIVER'S SIGN.

IMPORTANT PACA PROVISION:
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.